Christi A. Woods (#022770)
Waco Perry (#038075)
**GOLDSTEIN WOODS**
706 E. Bell Rd., Suite 200
Phoenix, Arizona 85022
(602) 569-8200
(602) 569-8201 Fax
cwoods@gwfirmaz.com
wperry@gwfirmaz.com
meo@gwfirmaz.com

*Attorneys for Defendants*
*Solid Road Express, LLC*
*& Mohammed Salaad Ahmed*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Demetrius Ivey, individually, | Case No.: 2:24-cv-01839-SMB |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE** |
| Amazon.com Inc., a foreign corporation; Amazon.com LLC, a foreign limited liability company; Amazon.com Services, Inc., a foreign corporation; Amazon Logistics, Inc. a foreign corporation; Amazon Transportation Services, Inc., a foreign corporation; Amazon Fulfillment Service, Inc., a foreign corporation; Solid Road Express LLC dba SGM Logistic, a foreign corporation; Mohammed Salaad Ahmed and Jane Doe Ahmed, husband and wife; John Does and Jane Does II-X; Black Corporations I-X; White Corporations I-X, | (Assigned to the Hon. Susan M. Brnovich) |
| Defendants. | |

1

Defendants, Solid Road Express, LLC & Mohammed Salaad Ahmed, by and through undersigned counsel, gives notice that a copy of Defendants' Second Set of Requests for Production to Plaintiff was served electronically on counsel of record on April 30, 2025.

Dated this 30th day of April 2025.

GOLDSTEIN WOODS

By: */s/ Christi Woods*
Christi A. Woods
Waco Perry
706 E. Bell Rd., Suite 200
Phoenix, Arizona 85022
*Solid Road Express, LLC &*
*Mohammed Salaad Ahmed*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April 2025, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ryan Skiver
rskiver@skiverbradley.com
Kellen Bradley
kbradley@skiverbradley.com
SKIVER BRADLEY, PLLC
3943 East Whitton Avenue
Phoenix, Arizona 85018
*Attorneys for Plaintiff*

Brian E. Cieniawski
Brian.Cieniawski@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
2231 E. Camelback Road, Suite 200
Phoenix, Arizona 85016
*Attorney for Amazon Defendants*

By: __/s/ Jessica Borowski__

Prog/Solid Road Express/Pldgs 3060-1069